EXHIBIT 2




**United States Department of the Interior**

BUREAU OF RECLAMATION

IN REPLY REFER TO:

# MEMORANDUM

August 19, 2020

To: File

Re: Reclamation Decision on Yurok Tribe's Request for Boat Dance Flows

2020 has been an extraordinarily dry and difficult year, exhibiting the third lowest inflow to Upper Klamath Lake (UKL) for the operation season (March through September) in recorded history. Even in wetter conditions, the Basin's many competing demands for the limited water supply make operations challenging, including demands for fisheries, which are affected by lake elevations in UKL and flows in the Klamath River, refuges, irrigation, endangered and threatened species, and tribal reserved water rights.

On April 22, 2020, Reclamation began operating the Klamath Project (Project) at the outset of the 2020 irrigation season according to the 2018 Operations Plan, as modified, and Interim Operations Plan (IOP) (collectively, Operating Plans). Operations in accordance with the IOP are a condition to the continuation of the stipulated stay entered and approved by the U.S. District Court for the Northern District of California in *Yurok Tribe, et al. v. U.S. Bureau of Reclamation, et al. (Case No. 3:19-cv-04405-WHO)*. Consistent with the IOP, Reclamation released a 2020 Annual Operations Plan taking into account projections in the April 1 UKL inflow forecast. When it became apparent in May that the allocations set forth based on the April 1 forecast were unattainable (due to over-projections in hydrology) while still meeting the Project's Endangered Species Act (ESA) requirements for UKL elevations, Reclamation adaptively managed operations as provided for in the IOP, including coordination with and input from FWS, NMFS and the Tribes as the 2020 operations season proceeded.

Consistent with the adaptive management process initiated in early May, Reclamation continues to allocate water supplies based on current conditions and projections. Initial actions taken in this process included: (a) adjustments to the planned augmentation of the Environmental Water Account (EWA) (from 40,000 acre-feet to 14,700 acre-feet), (b) notice that Project allocations from April (being a gross amount of 170,000 acre-feet that included a voluntary set-aside of 23,000 acre-feet for EWA augmentation) may not be available, and (c) notice that the Project may not be able to support UKL releases for the Yurok Tribe's Ceremonial Boat Dance. In June, based on changes in hydrology, Reclamation was able to stabilize the April Project allocations, at 140,000 acre-feet for the spring/summer operational period, and provide additional EWA augmentation for river flows. In July, due to limited Project deliveries associated with ungauged diversions in the Keno Impoundment reach downstream of UKL, approximately 7,000 acre-feet of additional Project Supply was made available to the Project, consistent with the 2020 Annual

1

Exhibit 2

Operations Plan. At present, approximately 15,000 acre-feet of Project Supply has been used for EWA augmentation consistent with the IOP, and 147,000 acre-feet will be delivered for irrigation within the Project, for a total of 162,000 acre-feet. Reclamation has not committed to make all or any of the remaining 8,000 AF of Project Supply available to the Project (i.e., the difference between the April 1 allocation of 170,000 acre-feet and the 162,000 acre-feet made available).

This August 2020, the Yurok Tribe asked Reclamation to confirm the availability of water to be released from UKL to implement the Tribe's Ceremonial Boat Dance, in reference to the water identified in both the IOP and the 2020 Operations Plan. **Looking at the facts collectively and in light of this year's severe drought conditions, Reclamation has determined that it is not able to release the amount of water required to implement the Yurok's Ceremonial Boat Dance in 2020 while ensuring it can meet other requirements.** The basis for this decision by Reclamation includes the following: (a) the lack of natural hydrology to support the requested ceremonial flows without using stored supplies in UKL, (b) concern for meeting ESA requirements in 2021, including subsequent year protections for lake elevations in UKL and flushing flow requirements in the Klamath River if conditions remain dry, and (c) lack of a statutory or other judicially enforceable duty to release instream flows from UKL for the Yurok Tribe Ceremonial Boat Dance this year.

**Hydrology status.** The Klamath Basin is experiencing a severe drought and inflows to UKL between March and September will rank among the three lowest for that period in recorded history. In accordance with the 2018 Operations Plan, Reclamation has allocated 400,000 acre-feet to the EWA from UKL in the operational period (i.e., March through September). Additionally, Reclamation has released 14,700 acre-feet of EWA augmentation, per the IOP. Altogether, due to the inherent EWA distribution rules, Reclamation is projected to release approximately 401,000 acre-feet for downstream tribal fishery purposes in 2020.

Notably, the actual and projected net inflow to UKL in the March - September operational period is estimated at approximately 300,000 acre-feet. Thus, all inflows to UKL for this period are effectively bypassing the Project. To meet the approximately 401,000 acre-foot total release commitment requires the release of stored water supplies that were carried-over from the prior year and captured during the winter. Based on a preliminary analysis of natural flows at the ceremonial site that would have occurred before the construction of the Project and other agricultural development, the flow levels required to facilitate the Ceremonial Boat Dance would not have occurred naturally in such pre-Project conditions in a drought year with the same limited inflows that are currently occurring in 2020. Stated differently, the Ceremonial Boat Dance releases could only be met in 2020 if current releases are further augmented from UKL levels maintained at Link River Dam.

**ESA requirements and future needs.** A fundamental component of the IOP with respect to meeting ESA requirements for endangered and threatened species in both the Klamath River and UKL is producing river flows and lake levels that are more reflective of natural conditions in that they vary based on the actual hydrologic conditions observed in the Upper Klamath Basin. The U.S. Fish and Wildlife Service has identified "boundary conditions" that are assumed to occur

2

Exhibit 2

under the IOP and which the agency used for evaluating the impacts of Project operations on Lost River and shortnose suckers. Among those boundary conditions are that UKL will not fall below 4,138.0 feet at any time.

Although the IOP is intended to cause lake levels to vary from year to year based on hydrology, the benchmark elevations also reflect inter-annual operational needs. In particular, due to the uncertainty of the volume and timing of inflows to UKL, the ability to produce a surface flushing flow in the Klamath River for salmon and to achieve necessary lake levels for suckers is affected by the prior year's end of season storage volume. Accordingly, the IOP maintains a higher end of season lake elevation than previous management actions including the 2019 USFWS Biological Opinion such that Reclamation can produce a surface flushing flow in compliance with the 2018 NMFS Biological Opinion and meet required lake levels the following year if hydrologic conditions are dry and inflows to the lake are low and/or delayed.

Because of the severe drought conditions and related near-record-low inflows observed in 2020, the water surface elevation of Upper Klamath Lake will end at or near the "boundary conditions" that U.S. Fish and Wildlife Service identified in its 2020 Biological Opinion. If conditions remain dry and low inflows to Upper Klamath Lake persist, there is a possibility that the volume within UKL will be insufficient for both a surface flushing flow in the river and maintaining an UKL surface elevation of 4,142.0 feet or higher through the end of May 2021. Importantly, the U.S. Fish and Wildlife Service conditioned its 2020 Biological Opinion of no jeopardy to suckers or destruction or adverse modification of critical habitat on not violating the 4,142.0 elevation in two consecutive years: Due to extreme drought in 2020 this elevation was regrettably violated, which thereby locks this elevation in as a hard elevation that cannot be violated in 2021. Any additional releases from UKL in 2020 could increase the likelihood of this situation occurring again in 2021 if Upper Klamath Lake does not refill over the coming winter.

Correspondence from the Yurok Tribe correctly demonstrates that stored water supplies in UKL are projected to exceed the absolute minimum requirements for the lake in this year, which Reclamation currently estimates at 21,000 acre-feet (or 0.3 feet above 4,138.0 feet). However, Reclamation differs with the assertion that management of UKL should drive toward that minimum at the risk of jeopardizing its ability to meet multi-year requirements, which is contrary to the operational philosophy the agency followed this spring. Any additional releases from UKL in 2020 will increase the likelihood of missing ESA obligations in the following year.

Additionally, while Project operational and environmental documents reference water for the Yurok Boat Dance, this use of water for ceremonial purposes is not intended to and does not fulfill a biological function. Indeed, on August 18, 2020, NMFS concurred with Reclamation that not providing the release of water in late August for the Ceremonial Boat Dance will not cause any effect not previously considered and be consistent with the conclusions reached in NMFS' 2019 Biological Opinion. Specifically, NMFS concluded, "Because we expect Reclamation to release minimum flows in late August, NMFS agrees with Reclamation's determination that foregoing the Boat Dance flow release in 2020 is not expected to result in a greater amount or extent of incidental take than anticipated in the incidental take statement of our 2019 Opinion for SONCC coho salmon and SRKWs." Additionally, given the absence of adverse biological effects on coho and that UKL elevations would be within the range of those already reviewed,

3

Exhibit 2

not providing the release of water is also consistent with Reclamation's NEPA analysis for the IOP.

**Absence of Legal Mandate.** In addition to the considerations discussed above, there is no adjudicated or quantified reserved water right that has been recognized for ceremonial purposes for the Yurok Tribe Ceremonial Boat Dance. With no such defined or quantified reserved water right, and in the absence of statutory authority requiring the release of water for the Yurok Tribe Ceremonial Boat Dance, the government's trust duty toward the Yurok Tribe does not mandate release of the requested Boat Dance flows.

Reclamation recognizes the cultural and spiritual importance placed on this ceremony by the Yurok Tribe. To the extent that this determination represents a change in position or past practices, Reclamation has attempted to explain its basis and rationale in this document. We regret having to make this decision, but the drought conditions and the necessity of maintaining water in storage for UKL levels and fishery flows requires us to do so.

*Amended August 21, 2020*
*Amended language in red and italics*

Yurok Tribe Ceremonial Boat Dance
Decision Record – Technical Enclosure
August 17, 2020

**Hydrologic Overview:** The Klamath Basin is currently experiencing the third driest year in the last several decades and, as such, stream-flows throughout the basin are well below average for this time of year. The cumulative net inflows to Upper Klamath Lake for the water year are less than the 90 percent exceedance experienced over the last 40 years. The dry trend is continuing. Net inflows to Upper Klamath Lake over the last two weeks (through 8/13/20) have averaged 187 cfs (equal to 370 AF/day) which is less than the 65 percent exceedance value.[1] Keno to Iron Gate Dam accretions are also quite low and, having averaged 230 cfs over the last two weeks. As of August 13, 2020, all four major tributaries (Shasta River, Scott River, Indian Creek, and Salmon River) between Iron Gate Dam and the site of the Ceremonial Boat Dance are currently running at or below the 80 percent exceedance and are contributing a total of 228 cfs in accretions. Seiad Valley, downstream of the Shasta and Scott river inflows is seeing a modest flow increase from the two tributaries. Flows in the Klamath River at Orleans, California (downstream from Seiad Valley) is an outlier, at flows less than the 95 percent exceedance, despite 200 cfs of upstream accretions from Indian Creek and the Salmon River. Attempts are underway to verify the accuracy of the gage reading with the U.S. Geological Survey.

Iron Gate Dam releases are projected to be near 950 cfs on August 30, 2020, slightly above the 2019 NMFS BiOp-specified minimum of 900 cfs. Based on an estimated 200 cfs of downstream accretions, peak IGD releases would need to be around 2,250 cfs to achieve the desired 2,400 cfs at the Ceremonial Boat Dance site. The vast majority of this volume would have to come out of UKL storage, while net inflows to UKL during the last two weeks have been less than 200 cfs (as of August 13, 2020).

In 2020, given the severe drought, providing approximately 400,000 AF of water to augment Klamath River flows (i.e., the Environmental Water Account or EWA, Table 1, below) is estimated to require releasing roughly 200,000 acre-feet of stored water from UKL from March through September (assuming all inflow is used first to satisfy irrigation diversions before EWA, with the balance supplied from UKL stored water). To also achieve a flow of 2,400 cfs at the ceremony site downstream of Orleans, California will require another 9,000 to 10,000 AF of stored water to be released from UKL, depending on hydrologic conditions (Table 2). Since UKL inflows, and Keno to Iron Gate Dam accretions are collectively well below minimum IGD flows, the extra flow for the Boat Dance would come entirely out of UKL storage. A significant portion of the volume necessary to implement the Ceremonial Boat Dance flow would be used to meet ramp-down rates in accordance with the NMFS 2019 BiOp. The ramp-up would need to begin on August 28, the ceremony would take place on August 30, and the ramp-down

---

[1] *Inflows to Upper Klamath Lake (UKL) are not directly measured. Rather, a daily net inflow volume is computed based on measured changes in storage (based on reservoir elevation) and measured releases from UKL. This means that the daily net inflow value is influenced by seepage, groundwater inflow, evapotranspiration, precipitation, many ungauged tributaries, and several unmeasured agricultural withdrawals and return flows to and from UKL (all of which are not quantified). UKL Computed Net Inflow is not a measure of actual live inflow into UKL and is instead calculated based on the following formula: {(UKL storage volume today – UKL storage volume yesterday) + (Link River release + PacifiCorp's Westside Canal release) + A Canal diversion}*

Exhibit 2

*Amended August 21, 2020*
*Amended language in red and italics*

would likely end on September 4. Prescribed ramp-down rates are intended to prevent fish stranding with the receding river flow.

Table 1. Monthly actual and projected changes to UKL storage for March through September 2020 as a result of both releases to the Klamath Project (Agriculture) and releases to the Klamath River (Link to Klamath River-EWA).

|  | UKL Net Inflow (AF) | Actual or Projected | Link to Klamath River-EWA (AF) | Link to Ag (AF) | A Canal to Ag (AF) | Storage in UKL (AF) | Change in Storage (AF) |
|---|---|---|---|---|---|---|---|
| March | 73,559 | actual | 34,062 | 128 | 0 | 444,913 | 37,588 |
| April | 68,308 | actual | 99,310 | 4,261 | 12,939 | 396,712 | -48,201 |
| May | 74,771 | actual | 56,921 | 2,567 | 15,282 | 396,712 | 0 |
| June | 27,683 | actual | 69,491 | 9,612 | 14,567 | 330,725 | -65,987 |
| July | 12,250 | actual | 38,601 | 18,268 | 20,360 | 265,747 | -64,978 |
| August | 15,577 | projected | 52,195 | #N/A | #N/A | 203764 | -61,983 |
| September | 26,421 | projected | 50,656 | #N/A | #N/A | 156574 | -47,190 |
| Total | 298,568 |  | 401,235 |  |  |  |  |

Table 2. Projected changes in UKL storage and Klamath River releases (Link to Klamath River-EWA) during the proposed Yurok Tribe Ceremonial Boat Dance.

| Date | UKL Net Inflow (AF) | Link to Klamath River-EWA (AF) | Storage in UKL (AF) | Change in Storage (AF) |
|---|---|---|---|---|
| 8/25/2020 | 607 | 1,528 | 212,347 | -1,830 |
| 8/26/2020 | 611 | 1,528 | 210,519 | -1,827 |
| 8/27/2020 | 652 | 1,528 | 208,750 | -1,770 |
| 8/28/2020 | 753 | 3,033 | 205,559 | -3,190 |
| 8/29/2020 | 790 | 3,598 | 201,831 | -3,729 |
| 8/30/2020 | 844 | 3,185 | 198,587 | -3,244 |
| 8/31/2020 | 960 | 2,924 | 195,757 | -2,830 |
| 9/1/2020 | 953 | 2,614 | 193,223 | -2,533 |
| 9/2/2020 | 814 | 2,307 | 190,937 | -2,286 |
| 9/3/2020 | 574 | 1,991 | 188,754 | -2,183 |
| 9/4/2020 | 673 | 1,678 | 186,989 | -1,765 |
| 9/5/2020 | 582 | 1,619 | 185,199 | -1,790 |
| 9/6/2020 | 628 | 1,644 | 183,434 | -1,766 |
| 9/7/2020 | 703 | 1,686 | 181,711 | -1,723 |

**Natural Flow Evaluation:** In addition to requiring use of stored water from UKL, the well below average precipitation and stream flows that are occurring throughout the watershed have led Reclamation to question whether the Ceremonial Boat Dance flow rate could be achieved in this year, absent Klamath Project and other agricultural development in the Basin. Cumulative net inflows to Upper Klamath Lake during the 2020 water year are one of the lowest years on record and are currently well below the 90

Exhibit 2

*Amended August 21, 2020*
*Amended language in red and italics*

percent exceedance values, even with extensive water rights regulation in tributaries to Upper Klamath Lake. The water rights regulation occurring in the Upper Klamath Basin in 2020 may be the most extensive and effective regulation that has occurred since the final order of determination was issued in 2013, likely resulting in the greatest additional inflow to Upper Klamath Lake due to water rights regulation since enforcement began in 2013. Upper Klamath Lake net inflows are still very low, even with the extensive water rights regulation occurring.

The 2005 Natural Flow Study presented monthly UKL elevations and monthly Link River and Keno flows for various exceedances as they would have occurred without Project operations. Comparing the natural flows at Link River or Keno Dam with current operations where flows are dependent on Biological Opinion and irrigation requirements is probably of limited utility for comparative hydrology. However, by using changes in monthly UKL storage and Link River releases from the natural flow study to calculate UKL net inflows and compare them to current day net inflows should make for a reasonable comparison, especially since water users are regulated off in the main tributaries to UKL (Wood and Williamson River systems). UKL net inflows for the month of July 2020 were 12,250 AF. The 90 percent exceedance for natural flows in July was 29,334 AF. Current flows are therefore less than half of that estimated for the 90 percent exceedance for natural flows, the lowest values presented in the 2005 Natural Flow Study.

The 2005 Natural Flow Study provides an indication of what natural flows came out of the Upper Klamath Basin (at Keno, OR) prior to development of upstream storage and irrigation works. Given that net inflows to Upper Klamath Lake have been below the 90 percent exceedance values for most of the 2020 water year, the Natural Flow Study indicates that for the month of August an average flow of 520 cfs would be expected at Keno, OR. This flow is less than one fourth what is necessary to currently produce the desired flow for the Ceremonial Boat Dance.

The estimated natural flow rate of 520 cfs at Keno, OR from the 2005 Natural Flow Study is well below recent flow rates that have been observed at Keno, OR while complying with Biological Opinion requirements (approximately 590 to 800 cfs). Therefore, flows out of the Upper Klamath Basin would be expected to be less under natural flow conditions for a similarly dry year. This may indicate that flows at the ceremony location might also have been lower under natural flow conditions than the 2,400 cfs necessary for the Ceremonial Boat Dance.[2]

---

[2] This question cannot be answered definitively without information on what natural flow conditions would have been in the Lower Klamath River absent development of the Shasta, Scott, and other tributary streams.

Exhibit 2