GENEVA E. B. THOMPSON (CSBA #315725)
Yurok Tribe
190 Klamath Blvd.
P.O. BOX 1027
Klamath, CA 95548
Ph: (707) 482-1350 | Fax: (707) 482-1377
gthompson@yuroktribe.nsn.us

AMY CORDALIS (CSBA #321257)
Ridges to Riffles
2910 Springer Dr.
McKinleyville, CA 95519
Ph: (541) 915-3033
acordalis@ridgestoriffles.org

*Attorneys for Plaintiff Yurok Tribe*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, on its own behalf and on behalf of its members, and<br><br>                    Plaintiff,<br>    v.<br><br>U.S. BUREAU OF RECLAMATION,<br><br>                    Defendant. | Case No. 3:20-cv-5891<br><br>Related Case: No. 3:19-cv-04405-WHO<br><br>GENEVA E. B. THOMPSON'S NOTICE OF CHANGE IN COUNSEL FOR PLAINTIFF YUROK TRIBE |

NOTICE

PLEASE TAKE NOTICE that Geneva E. B. Thompson of the Yurok Tribe Office of the Tribal Attorney, 190 Klamath Blvd. P.O. Box 1027 Klamath, CA 95548, respectfully files this Notice of Change in Counsel, pursuant to LOCAL R. 5-1(c)(2)(C) and in compliance with CAL. R. PROF. CONDUCT 3-700, to withdraw as counsel for Plaintiff Yurok Tribe.

GENEVA E. B. THOMPSON'S NOTICE OF CHANGE IN COUNSEL FOR PLAINTIFF
YUROK TRIBE                                                                                                                - 1 -

1  Ms. Thompson has conferred with and given written notice to Plaintiff Yurok Tribe about her withdrawal from the above-captioned matter due to changed employment. The Plaintiff Yurok Tribe consents to her withdrawal as counsel from the above-captioned matter. Ms. Thompson has given written notice to the other parties who appear in the case.

Ms. Thompson's withdrawal will not cause any prejudice or delay in this case. This Notice is accompanied by a Notice of Appearance of Amy Cordalis (ECF No. 23) to serve as substitute counsel for Plaintiff Yurok Tribe. Ms. Cordalis will not need additional time to acclimate to the case. Ms. Cordalis is actively involved in the representation of Plaintiff Yurok Tribe on many similar matters and has knowledge of the facts and legal issues pertaining to this case. Ms. Cordalis has been actively involved in the settlement discussions on behalf of the Plaintiff Yurok Tribe in this case.

THEREFORE, Ms. Thompson respectfully files this Notice of Change in Counsel to withdraw as Plaintiff Yurok Tribe's counsel in the above-captioned matter.

DATED this 5th day of May 2021.

Respectfully submitted,

*/s/ Geneva E. B. Thompson*
Geneva E. B. Thompson (CSBA # 315725)
Yurok Tribe
190 Klamath Blvd.
P.O. BOX 1027
Klamath, CA 95548
Ph: (707) 482-1350 | Fax: (707) 482-1377
gthompson@yuroktribe.nsn.us

*Attorney for Plaintiff Yurok Tribe*

GENEVA E. B. THOMPSON'S NOTICE OF CHANGE IN COUNSEL FOR PLAINTIFF YUROK TRIBE                                                                 - 2 -