UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUROK TRIBE,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. BUREAU OF RECLAMATION,<br><br>        Defendant. | Case No. 20-cv-05891-WHO<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME**<br><br>Re: Dkt. No. 43 |

Having reviewed the parties' joint stipulation to extend the briefing schedule for the pending motion to intervene, their request is GRANTED. Any reply to the motion by proposed intervenor Klamath Irrigation District will be due by April 29, 2022. The hearing on the motion is rescheduled to May 18, 2022.

**IT IS SO ORDERED.**

Dated: April 18, 2022

William H. Orrick
United States District Judge